FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2021

No. 04-21-00419-CV

**STATE** of Texas,
Appellant

v.

**SAN ANTONIO INDEPENDENT SCHOOL DISTRICT** and Pedro Martinez, in his Official
Capacity,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-19115
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

Appellant's Emergency Motion for Temporary Order is **DENIED**.

It is so **ORDERED** October 5, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT